IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CATHY GUIGNET** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-386-B |
| | § | |
| **DARYL L. WEAVER** and | § | |
| **EAST CLAY CARRIERS, LLC** | § | |
| | § | |
| Defendants. | § | |

## JOINT SETTLEMENT REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, counsel for CATHY GUIGNET, the Plaintiff in the above referenced and entitled cause, and counsel for DARYL L. WEAVER and EAST CLAY CARRIERS, LLC, the Defendants in the above referenced and entitled cause, and make and file this their Joint Settlement Report pursuant to the Court's Scheduling Order entered on February 27, 2013, and would respectfully show the Court the following:

### SETTLEMENT CONFERENCE

On September 20, 2013, the settlement conference was held between the Plaintiff and Defendants to discuss the potential settlement of this matter. Present at the conference were Andrew T. Fifield, counsel for the Defendants, and Brent Ashford, representative for Canal Insurance Company. Also present were Julie Johnson and Molly Scott, counsel for the Plaintiff. The meeting was held at Gammon Mediations. Mediator Karen Gammon was also present. Meaningful settlement negotiations took place at that time. Further, the parties are continuing to regularly discuss and move towards the settlement of this case. The parties believe that the prospects for settlement are very good.

Respectfully submitted,

**FORMAN PERRY WATKINS**
**KRUTZ & TARDY LLP**


By: */s/ Andrew T. Fifield*_____
     Andrew T. Fifield
     State Bar No. 06982500
     2001 Bryan, Suite 1300
     Dallas, Texas 75201
     Telephone: (214) 905-2924
     Facsimile:  (214) 905-3976

**ATTORNEYS FOR DEFENDANTS**
**DARYL L. WEAVER AND**
**EAST CLAY CARRIERS, LLC**


**STOVALL & ASSOCIATES, P.C.**


By: */s/ Kimberly A. Stovall*_____
     KIMBERLY A. STOVALL
     State Bar No. 19337000
     6600 LBJ Freeway, Suite 180
     Dallas, Texas 75240
     (972) 774-1276, Telephone
     (972) 774-1277, Facsimile

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument was sent to all counsel of record pursuant to the Federal Rules of Civil Procedure on the 27th day of September, 2013.

Kimberly A. Stovall, Esq.     *Via CM/ECF File System and Facsimile: 972-774-1277*
Stovall & Associates, P.C.
6600 LBJ Freeway, Suite 180
Dallas, TX  75240


        _____*/s/ Andrew T. Fifield*_____
        Andrew T. Fifield