UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHY GUIGENT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-0386-B |
| | § | |
| DARYL L. WEAVER and | § | |
| EAST CLAY CARRIERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR FINAL PAPERS

The Court has been notified by the parties that they have settled their dispute. The Court hereby **ORDERS** the parties to present a joint stipulation of dismissal or agreed final judgment on or before **December 11, 2013**.

SO ORDERED.

SIGNED: November 20, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -