From: unknown    Page: 1/2    Date: 11/20/2013 9:12:50 AM



**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
ATTORNEYS AT LAW

2001 Bryan Street
Suite 1300
Dallas, Texas 75201-3008

Telephone: 214.905.2924
Facsimile: 214.905.3976

www.fpwkt.com

Andrew T. Fifield, Partner
Board Certified-Personal Injury Trial Law
Texas Board of Legal Specialization
E-Mail: FifieldAT@fpwk.com
Direct Dial: 214.678-1489

November 20, 2013

Kimberly Stovall, Esq.
Molly Scott, Esq.
Stovall & Associates, P.C.
6600 LBJ Freeway, Suite 180
Dallas, TX 75240

*Via Facsimile: 972-774-1277*

Re: *Cathy Guignet v. Daryl L. Weaver and East Clay Carriers, LLC*; Civil Action No. 3:13-CV-0386-B; In the United States District Court, for the Northern District of Texas, Dallas Division

Dear Counsel,

This will confirm that the Plaintiff has agreed to accept $150,000.00 for full and final settlement of all claims asserted in the above referenced lawsuit. Each party will be responsible for the payment of their own court costs. It is my understanding that the submission of this Rule 29 agreement alleviates the need to attend the Status Conference currently set for today at 10:00 AM in this case.

I would ask that you please sign the signature line at the bottom of this correspondence acknowledging this agreement and of the general terms regarding the settlement. We will then file this correspondence with the Court as a Rule 29 agreement.

I would also ask that you please submit an executed W-9 and payment instructions at your earliest possible convenience.

Thank you and I remain,

Very truly yours,

Andrew T. Fifield

DALLAS    DENVER    DETROIT    HOUSTON    JACKSON    NEW ORLEANS

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Ms. Kimberly Stovall
Ms. Molly Scott
Stovall & Associates, P.C.
November 20, 2013
Page 2

Agreed:

_____    __11/20/13_____
Attorney for Plaintiff, Cathy Guignet                    Date

ATF\ekr

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com